PAUL KAUFMAN, Respondent, *v.* THERESA S. KOLDIN, Appellant.

(Submitted October 19, 1933; decided November 21, 1933.)

*George B. Davenport* for appellant.

*Louis P. Goldberg* and *Frank Monaco* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.